# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Terry Nali and William Grimm, as Trustees of the Twin City Floor Covering Industry Pension Fund, Twin City Floor Covering Industry Fringe Benefit Trust Fund, and each of their successors,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>B & B Hardwood Flooring, LLC,<br><br>　　　　　　Defendant. | Civil No. 09-2736 (RHK/FLN)<br><br>**ORDER FOR DISMISSAL** |

_____

　　　　Pursuant to the Notice of Dismissal (Doc. No. 15), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: May 3, 2010

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge